UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXPO DEVELOPMENT, LLC d/b/a/ EXPO REALTY, LLC : : : Plaintiff, : : v. : : LIBERTY MUTUAL INSURANCE : COMPANY AND OHIO CASUALTY : INSURANCE COMPANY : : Defendants. : : | C.A. No.: 1:20-CV-00467 |

## **DISMISSAL STIPULATION**

Now come the parties in the above-cited matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate that the above-captioned matter shall be dismissed with prejudice; no interest, costs or fees to any party.

Plaintiff,
By their Attorneys,

/s/ Kayla S. O'Connor, Esq.
Kayla S. O'Connor (# 9491)
Palumbo Law
Property Damage Law Division
481 Atwood Avenue
Cranston, RI 02920
Tel.: (401) 490-0994
Fax: (401) 490-0945
koconnor@richardpalumbolaw.com

Defendant,
By their Attorneys,

/s/ David A. Brosnihan, Esq.
David A. Brosnihan (# 7712)
Chartwell Law Offices
170 Worcester Street, Suite 200
Wellesley, MA 02481
Tel.: (617) 426-2400
Fax: (617) 395-2627
dbrosnihan@chartwellaw.com

## **CERTIFICATE OF SERVICE**

      I, David Brosnihan, hereby certify that on September 1, 2021, I electronically filed the above-referenced document with the Clerk of the United States District Court for the District of Rhode Island by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                /s/ David A. Brosnihan
                                                David A. Brosnihan